391 A.2d 691

Commonwealth v. Mathis, Appellant.

Submitted March 14, 1977. William H. Kaye, Assistant Public Defender, for appellant; William C. Cramer, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 691

Commonwealth v. Matthews, Appellant.

Submitted March 20, 1978. Timothy A. Crawford, Jr., for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

*See, Commonwealth v. Blair*, 460 Pa. 31, 33, n. 1, 331 A.2d 213, 214, n. 1 (1975).